**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-61643-CIV-SMITH**

ANTIONETTE SMITH, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

THE COCA-COLA COMPANY,

    Defendant.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 36]. Accordingly, it is

ORDERED that:

1. This matter is **DISMISSED** with prejudice as to Antionette Smith and without prejudice as to all others.

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 11th day of July, 2023.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record